# United States District Court
для of the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

Natural Resources Defense Council, Inc.;
and National Wildlife Federation,

| Plaintiff | Case Number |
|---|---|
| vs. | 18-cv-1048 |
| Environmental Protection Agency; E. Scott Pruitt, in his official capacity as the Administrator of the Environmental Protection Agency; Army Corps of Engineers; Ryan A. Fisher, in his official capacity as the Acting Assistant Secretary of the Army (Civil Works); and R.D. James, in his official capacity as the Assistant Secretary of the Army (Civil Works), | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

States of New York, California, Connecticut, Maryland, New Jersey, Oregon, Rhode Island, Vermont, and Washington; Commonwealth of Massachusetts; and the District of Columbia,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:18-cv-1030 |
| E. Scott Pruitt, as the Administrator of the United States Environmental Protection Agency; United States Environmental Protection Agency; Ryan A. Fisher, as Acting Assistant Secretary of the Army for Civil Works; and United States Army Corps of Engineers, | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open  (If so, set forth procedural status and summarize any court rulings.)

Complaint and other initiating papers filed on February 6, 2018.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both the newly filed case and the earlier filed case challenge, under the Administrative Procedure Act, the legality of the rule published on February 6, 2018, titled, "Definition of 'Waters of the United States'—Addition of an Applicability Date to 2015 Clean Water Rule," published at 83 Fed Reg. 5,200 (Feb. 6, 2018). Based on our review of the earlier-filed case, we expect the two cases to advance overlapping -- although not necessarily identical -- legal arguments in seeking vacatur of that rule.

Signature: /s/ Catherine Marlantes Rahm   Date: Feb 6, 2018

Firm: Natural Resources Defense Council, 40 W. 20th Street, New York, NY 10011