March 8, 2018

**By ECF**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *NRDC et al. v. EPA et al.*, 18-cv-1048

Dear Judge Oetken,

I am counsel for Plaintiffs Natural Resources Defense Council and National Wildlife Federation in the above-captioned case.

On February 14, Defendants moved to transfer this case to another court. Plaintiffs oppose the motion, and it was fully briefed as of yesterday, March 7. In accordance with this Court's individual rules, Defendants submitted courtesy copies of both Plaintiffs' and Defendants' papers with respect to the motion.

But Defendants' cover letter to this Court (ECF No. 33) indicates that they also submitted courtesy copies of a second transfer motion that is not yet fully briefed and that was filed by certain industry trade associations, who have moved to intervene but are not yet parties to the case.

Plaintiffs write to inform the Court that they intend to file an opposition to that second transfer motion by next Tuesday, March 13, which is 14 days from the filing of that motion (ECF No. 28).

                                                Respectfully submitted,

                                                /s/ Catherine Marlantes Rahm

                                                Catherine Marlantes Rahm
                                                *Counsel for Plaintiffs*

cc: Counsel for all parties (by ECF)